■ In the Matter of LARRY BALL et al., Appellants-Respondents, v CITY OF SYRACUSE et al., Respondents-Appellants.

[879 NYS2d 804]—Motion for reargument or leave to appeal to the Court of Appeals and cross motion for reargument denied. Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.